No. 73–1256. CONNELL CONSTRUCTION CO., INC. *v.* PLUMBERS & STEAMFITTERS LOCAL UNION No. 100, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO. C. A. 5th Cir. [Certiorari granted, 416 U. S. 981.] Motion of Associated General Contractors of America et al. for leave to participate in oral argument as *amici curiae* denied.

No. 73–1279. WILLIAMS & WILKINS Co. *v.* UNITED STATES. Ct. Cl. [Certiorari granted, 417 U. S. 907.] Motion of National Education Assn. for leave to participate in oral argument as *amicus curiae* denied. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 73–1380. CHEMEHUEVI TRIBE OF INDIANS ET AL. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 73–1666. ARIZONA PUBLIC SERVICE CO. ET AL. *v.* CHEMEHUEVI TRIBE OF INDIANS ET AL.; and

No. 73–1667. FEDERAL POWER COMMISSION *v.* CHEMEHUEVI TRIBE OF INDIANS ET AL. C. A. D. C. Cir. [Certiorari granted, 417 U. S. 944.] Motion of Arizona Public Service Co. et al. for divided argument granted; however, no additional time for oral argument is allowed.

No. 73–1573. WITHROW ET AL. *v.* LARKIN. Appeal from D. C. E. D. Wis. [Probable jurisdiction noted, 417 U. S. 943.] Consideration of appellee's suggestion of mootness deferred to oral argument.

No. 74–125. ALAMO LAND & CATTLE CO., INC. *v.* ARIZONA. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.